IN THE District Court
OF Eastern Virginia

Michael Anthony Colusso,
    Plaintiff,

vs

Smithfield Foods Inc,
    Defendant,

Case No: Pending
3:22cv686

FILED OCT 26 2022 CLERK, U.S. DISTRICT COURT RICHMOND, VA

## Violation of Health AND Safety Laws

As the height of Covid 19 that ripped through the country during March and April of 2020. That Defendant is it's race for profits allowed sick unhealthy employees under direct of being fired to work at the meat plants.

### Plaintiff

1. Plaintiff is currently incarcerated in The Department of Corrections, State of Florida. As a political prisoner of former President Donald Trump.

### Defendant

1. Defendant is a multi-billion agency that provided knowingly meat products with a sick and dying workforce.

### Nature of Relief Sought

1. That during Covid 19 that President Trump ordered all employees from Smithfield back to work. &lt; 1 —

That numerous people to include Plaintiff was exposed to a deadly disease that killed over a million people.

1. That Defendant viewed profits in total violation of CDC and OSHA laws to produce more production for pure profit.

2. Plaintiff was and is a political prisoner of being incarcerated in violation of The First Amendment. That President Donald Trump was denying the exist of Covid 19. Over a million people died all because of Covid 19.

3. That Defendant pumped out meat products with a sick work force. Which has lead to Plaintiff and numerous other Victims of Defendant.

4. That Pinellas County Sheriff's Department with Sheriff Bob Gualtieri and the cover up of a child predator Justin Crowder.

This violation of Health AND Safety laws comes in good faith

Respectfully,

Michael Colosso
10800 Evans Road
# 345454
Polk C.I. 33868
Polk City Florida

-2-